UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.              Case No.  05-cr-113-01-SM

Joanne S. Rousseau

### O R D E R

Defendant Rousseau's motion to continue the final pretrial conference and trial is granted  (document 11).   Trial has been rescheduled for the October 2005 trial period.   Defendant Rousseau  shall file a waiver of speedy trial rights not later than August 2, 2005.   On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  September 26, 2005 at 2:00 p.m.

**Jury Selection**:  October 4, 2005 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

July 25, 2005

cc:  Joseph Caulfield, Esq.
   Robert Veiga, AUSA
   US Probation
   US Marshal