UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                         Case No.  05-cr-113-01-SM

<u>Joanne S. Rousseau</u>

## O R D E R

Defendant Rousseau's motion to continue the final pretrial conference and trial is granted (document 16).  Trial has been rescheduled for the November 2005 trial period.  Defendant Rousseau shall file a waiver of speedy trial rights not later than October 4, 2005.  On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  October 20, 2005 at 10:00 a.m.

**Jury Selection**:  November 1, 2005 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

September 26, 2005

cc:  Joseph Caulfield, Esq.
    Robert Veiga, AUSA
    US Probation
    US Marshal